UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY BRADY, # 262255, | |
| Plaintiff, | Case No. 1:08-cv-995 |
| v. | Honorable Paul L. Maloney |
| LARRY TROMBLEY, R.N. et al., | |
| Defendants. | |

## **JUDGMENT**

Plaintiff did not pay the $350.00 filing fee by the deadline established by the court's August 18, 2009 order. Accordingly,

**IT IS ORDERED** that this case be and hereby is **DISMISSED** without prejudice.

Plaintiff remains liable for the $350.00 civil action filing fee.


Dated: September 23, 2009          /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge